UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re: **Jose Jesus Ortiz** | Case No. **13-24630** |
|---|---|
| Debtor(s). | Chapter **13** <br> Trustee: |

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION ___ REOPENING: Yes ___ No ___ CONVERSION(13 to 7) Yes ___ No ___
   **When changing debtor's address, please file separate change of address form.**
   **When amending, please submit the changes/additions only!**

2. SCHEDULES: A ___ B **x** C **x** D ___ E ___ F ___ G ___ H ___ I ___ J ___
   Are you changing the address, amounts, etc., or adding a creditor?
   **Changing** ___ **Adding** ___ ($30.00 amendment fee required for D, E, & F; OR ___ IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: **B: 23,780.00**
   **C: 24,720.00**
4. STATEMENT OF AFFAIRS:
5. AMENDED CHAPTER 13 PLAN:

---

If you have amended schedules D, E, F by adding a creditor, you owe $30.00 amendment fee. Fee attached ___

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary.
No fee attached ___
**Reason no fee is attached** ___

---

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

---

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

**Jose Jesus Ortiz**        Date
Debtor

---

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes **x** No ___
**/s/ Jody L. Howe**
**Jody L. Howe**
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

___ 341 Notice to creditors added by this amendment.
___ Discharge Notice to creditors added by this amendment.
___ Amended Chapter 13 Plan to all creditors.

| **June 22, 2013** | **/s/ Jody L. Howe** |
|---|---|
| DATED | **Jody L. Howe** <br> ATTORNEY FOR DEBTOR(S) |

**B6B (Official Form 6B) (12/07)**

In re **Jose Jesus Ortiz**, Case No. **13-24630**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Savings & Checking** | J | 100.00 |
| | | **Cyprus Credit Union Savings & Checking** | - | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Beds and bedding** | H | 500.00 |
| | | **Laptop Computer** | H | 100.00 |
| | | **Dressers and Nightstands** | H | 300.00 |
| | | **Living Room Furniture & Entertainment Electronics** | H | 900.00 |
| | | **Kitchen/Dining table and chairs** | H | 200.00 |
| | | **Microwave oven (not built in)** | H | 20.00 |
| | | **Range or Stove (not build in)** | H | 200.00 |
| | | **Vacuum(s)** | H | 50.00 |
| | | **Washer & Dryer** | H | 100.00 |
| | | **Yard and lawn care equipment** | H | 60.00 |
| | | **Refrigerator** | H | 200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Sub-Total > **2,780.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jose Jesus Ortiz**                                               ,    Case No.  **13-24630**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | **Wearing Apparel** | - | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >   **200.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Jose Jesus Ortiz**                                                         , Case No. __**13-24630**__
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Discrimination Lawsuit EEOC v. Mesa Systems Exemption is to the extent of those proceeds are compensatory.** | - | **Unknown** |
| | | **Potential discrimination claim, Section 1981 Statute of Limitations; Jose Ortiz v. Mesa Systems Exemption is to the extent of those proceeds are compensatory.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Lincoln Navigator** | - | **12,075.00** |
| | | **2003 Honda Odyssey** | - | **4,425.00** |
| | | **Yamaha V Star motorcycle** | - | **4,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >   **20,500.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Jose Jesus Ortiz**, Case No. **13-24630**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Animals (Household pets) - dog** | **H** | **300.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **300.00** |
| Total > | **23,780.00** |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **Jose Jesus Ortiz** , Case No. **13-24630**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 5502 West Cyclamen Place West Jordan UT 84081 (Joint w/ Erika J Oregel on title only) | Utah Code Ann. § 78B-5-503(2) | 20,000.00 | 114,000.00 |
| **Household Goods and Furnishings** | | | |
| Beds and bedding | Utah Code Ann. § 78B-5-505(1)(a)(viii)(E) | 500.00 | 500.00 |
| Living Room Furniture & Entertainment Electronics | Utah Code Ann. § 78B-5-506(1)(a) | 500.00 | 900.00 |
| Kitchen/Dining table and chairs | Utah Code Ann. § 78B-5-506(1)(b) | 200.00 | 200.00 |
| Microwave oven (not built in) | Utah Code Ann. § 78B-5-505(1)(a)(viii)(A) | 20.00 | 20.00 |
| Range or Stove (not build in) | Utah Code Ann. § 78B-5-505(1)(a)(viii)(A) | 200.00 | 200.00 |
| Washer & Dryer | Utah Code Ann. § 78B-5-505(1)(a)(viii)(A) | 100.00 | 100.00 |
| Refrigerator | Utah Code Ann. § 78B-5-505(1)(a)(viii)(A) | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | Utah Code Ann. § 78B-5-505(1)(a)(viii)(D) | 200.00 | 200.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Discrimination Lawsuit EEOC v. Mesa Systems Exemption is to the extent of those proceeds are compensatory. | Utah Code Ann. § 78B-5-505(1)(a)(x) | 100% | Unknown |
| Potential discrimination claim, Section 1981 Statute of Limitations; Jose Ortiz v. Mesa Systems Exemption is to the extent of those proceeds are compensatory. | Utah Code Ann. § 78B-5-505(1)(a)(x) | 100% | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Honda Odyssey | Utah Code Ann. § 78B-5-506(3) | 2,500.00 | 4,425.00 |
| **Animals** | | | |
| Animals (Household pets) - dog | Utah Code Ann. § 78B-5-506(1)(c) | 300.00 | 300.00 |
| | Total: | 24,720.00 | 121,045.00 |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt