# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:   **Jose Jesus Ortiz**

|  |  |
|---|---|
| | Case No. **13-24630** |
| | Chapter **13** |
| Debtor(s). | Trustee: |

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1.   PETITION ____ REOPENING:   Yes ____ No ____ CONVERSION(13 to 7)   Yes _____ No _____
    **When changing debtor's address, please file separate change of address form.**
    **When amending, please submit the changes/additions only!**

2.   SCHEDULES:   A ____   B ____   C ____   D ____   E ____   F ____   G ____   H ____   I ____   J ____
    Are you changing the address, amounts, etc., or adding a creditor?
        **Changing** _____   **Adding** _____  ($30.00 amendment fee required for D, E, & F; OR __ IFP Waiver)

3.   AMENDED AMOUNTS/TOTALS OF SCHEDULES:   D: 166,359.97 _____
4.   STATEMENT OF AFFAIRS: _____
5.   AMENDED CHAPTER 13 PLAN: _____

| |
|---|
| If you have amended schedules D, E, F by adding a creditor, you owe $30.00 amendment fee.  Fee attached _____ |
| If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. |
| No fee attached _____ |
| **Reason no fee is attached** _____ |

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

| |
|---|
| I declare under penalty of perjury that the information provided in this attached amendment is true and correct. |
| |
| **Jose Jesus Ortiz**          Date |
| Debtor |

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)?   Yes **x** No _
**/s/ Jody L. Howe**

**Jody L. Howe**
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s):

_____   341 Notice to creditors added by this amendment.
_____   Discharge Notice to creditors added by this amendment.
_____   Amended Chapter 13 Plan to all creditors.

**June 22, 2013**                                **/s/ Jody L. Howe**
DATED                                            **Jody L. Howe**
                                                 ATTORNEY FOR DEBTOR(S)

B6D (Official Form 6D) (12/07)

In re    **Jose Jesus Ortiz**                                     ,    Case No.    **13-24630**
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0632**  **Bank of America** Attn: Bankruptcy Dept PO Box 660933 Dallas, TX 75266-0933 | | | **2009**  **Mortgage**  **5502 West Cyclamen Place West Jordan UT 84081 (Joint w/ Erika J Oregel on title only)**  Value $ 114,000.00 | | | | 147,461.02 | 0.00 |
| Account No. **9910**  **capital one yamaha** po box 60504 city of industry, ca 91716 | | | **2012**  **Purchase money security**  **Yamaha V Star motorcycle**  Value $ 4,000.00 | | | | 4,500.00 | 500.00 |
| Account No. **xx9708**  **cyprus credit union** po box 326 magna, ut 84044 | | | **2010**  **Purchase money security**  **2004 Lincoln Navigator**  Value $ 12,075.00 | | | | 11,367.00 | 0.00 |
| Account No.  **RC WILLEY HOME FURNISHINGS** BANKRUPTCY DEPT PO BOX 65320 SALT LAKE CITY, UT 84165 | | | **12/12-4/13**  **Purchase money security**  **misc items**  Value $ 87.95 | | | | 137.95 | 50.00 |
| __1__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 163,465.97 | 550.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Jose Jesus Ortiz**_____ ,    Case No.    **13-24630**_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5710** <br><br> **toyota financial services** <br> **po box 5855** <br> **carol stream, il 60197** | | | **2007** <br><br> **Purchase money security** <br><br> **2003 Honda Odyssey** <br><br> Value $              **4,425.00** | | | | 2,894.00 | 0.00 |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 2,894.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 166,359.97 | 550.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy